JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL YOUNG, | Case No. CV 21-6037-FMO (JEM) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| SERGEANT WILLIAMS, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without leave to amend.

DATED: September 21, 2022

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE